UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN L. BEISWENGER
Plaintiff,

v.

UBISOFT ENTERTAINMENT,
UBISOFT ENTERTAINMENT
INC. aka UBISOFT CANADA
INC., UBISOFT, INC., UBISOFT
ENTERTAINMENT LIMITED,
UBISOFT LIMITED, and
GAMETRAILERS, CORP.
Defendants

Case No: 1:12-CV-717
Our Ref: 0061-02LT
(Honorable Christopher C. Conner)

## STIPULATION

Plaintiff John L. Beiswenger and Defendant Gametrailers, Corp. jointly request the dismissal of Defendant Gametrailers Corp., specifically as to Counts X and XI of the Complaint in the above-captioned matter. The parties have reached a settlement and request that the matter be dismissed as to Gametrailers, Corp. with prejudice.

DATED: May 15, 2012

Meghann L. Garrett
Kelley Clements Keller, *pro hac vice*
Counsel for Plaintiff, John L. Beiswenger

DATED: May 15, 2012

Michelena Hallie
Vice President, Gametrailers Corp.

CONSENT IS HEREBY GIVEN to the entry of the stipulated dismissal as to Defendant Gametrailers, Corp. as provided for above.

DATED: May 15, 2012

John L. Beiswenger

1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN L. BEISWENGER<br>**Plaintiff,**<br><br>v.<br><br>UBISOFT ENTERTAINMENT,<br>UBISOFT ENTERTAINMENT<br>INC. aka UBISOFT CANADA<br>INC., UBISOFT, INC., UBISOFT<br>ENTERTAINMENT LIMITED,<br>UBISOFT LIMITED, and<br>GAMETRAILERS, CORP.<br>**Defendants** | Case No: 1:12-CV-717<br>(Honorable Christopher C. Conner) |

**CERTIFICATE OF SERVICE**

I, Meghann L. Garrett, of The Keller Law Firm, LLC, 401 E. Louther Street, Suite 209, Carlisle, PA 17013, Counsel for Plaintiff, hereby certify that a true and correct copy of the Stipulation was served upon counsel for Defendants Ubisoft and Defendant Gametrailers, Corp. through the Court's electronic filing system on May 15, 2012.

_Meghann L. Garrett_
Meghann L. Garrett