UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
:
**JOHN L. BEISWENGER**     :
    **Plaintiff,**        :
:
  **v.**                  :
:
**UBISOFT ENTERTAINMENT,** :   Case No: 1:12-CV-717
**UBISOFT ENTERTAINMENT** :
**INC. aka UBISOFT CANADA** :   Honorable Christopher C. Conner
**INC., UBISOFT, INC., UBISOFT** :
**ENTERTAINMENT LIMITED,** :
**UBISOFT LIMITED**       :
    **Defendants**      :
_____ :

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John L. Beiswenger, by and through his counsel at The Keller Law Firm, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, Ubisoft Entertainment, Ubisoft Entertainment Inc., Ubisoft, Inc., Ubisoft Entertainment Limited, and Ubisoft Limited.

[remainder of page intentionally left blank]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE KELLER LAW FIRM, LLC |
| Dated: May 29, 2012 | /mlg/ |
|  | Meghann L. Garrett, Esq. |
|  | Attorney ID PA 306632 |
|  | mgarrett@kellerlaw.net |
|  | Kelley Clements Keller, Esq. |
|  | Attorney ID VA 76909 |
|  | kkeller@kellerlaw.net |
|  | 401 E. Louther Street, Suite 209 |
|  | Carlisle, Pennsylvania 17013 |
|  | Ph: (717) 386-5035 |
|  | Fx: (800) 971-2979 |
|  | ***Attorneys for Plaintiff*** |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| **JOHN L. BEISWENGER** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **UBISOFT ENTERTAINMENT,** | : | **Case No: 1:12-CV-717** |
| **UBISOFT ENTERTAINMENT** | : | **Our Ref: 0061-02LT** |
| **INC. aka UBISOFT CANADA** | : | **(Honorable Christopher C. Conner)** |
| **INC., UBISOFT, INC., UBISOFT** | : | |
| **ENTERTAINMENT LIMITED,** | : | |
| **UBISOFT LIMITED** | : | |
| **Defendants** | : | |

_____

## CERTIFICATE OF SERVICE

I, Meghann L. Garrett, Esq., of The Keller Law Firm, LLC, 401 E. Louther Street, Suite 209, Carlisle, PA 17013, Counsel for Plaintiff, hereby certify that a true and correct copy of the Notice of Voluntary Dismissal was served upon counsel for Defendants Ubisoft through the Court's electronic filing system on May 29, 2012.

  _/mlg/_____
  Meghann L. Garrett, Esq.